Bernard Karasick, Appellant, v. Ruth E. Karasick, Respondent.— The evidence adduced was insufficient to establish defendant's claim of cruelty to justify the abandonment. As plaintiff's gross earnings do not exceed $70 per week, the award of $30 per week for the support and maintenance of the issue of the marriage is excessive. Present — Johnston, Acting P. J., Adel, Wenzel, MacCrate and Schmidt, JJ.

Florence Klein, Respondent, v. Isidore Klein, Appellant.— The amounts fixed were excessive. Nolan, P. J., Carswell, Adel, Wenzel and Schmidt, JJ., concur.

Moses H. Kleinfeld, Respondent, v. Noma Electric Corporation (New York) et al., Appellants, et al., Defendants.— No opinion. Nolan, P. J., Carswell, Adel, Wenzel and Schmidt, JJ., concur.